

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00502-CR

**EX PARTE** Luis Miguel **BERNAL MORALES**

From the County Court, Kinney County, Texas
Trial Court No. 11134CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 17, 2025.

_____
Adrian A. Spears II, Justice